CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
AUG - 7 2006
JOHN F. CORCORAN, CLERK
BY: M. Hupp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JAMES M. F. HUGHES, JR., Petitioner, | Civil Action No. 7:06-cv-00451 |
| v. | **FINAL ORDER** |
| WARDEN, WALLENS RIDGE STATE PRISON, Respondent. | By: Hon. Jackson L. Kiser Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 7th day of August, 2006.

*/s/ Jackson L. Kiser*
Senior United States District Judge